UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 06-122-01-T
:
FRANCISCO M. ARIAS :

**ORDER**

Upon motion of the government, the Indictment and Warrant in the above-captioned matter is hereby:

**ORDERED**

Unsealed.

BY ORDER,

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
U.S. MAGISTRATE JUDGE

Date: 11/8/06