1250857

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

FRANCISCO M. ARIAS

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-122-01S

RECEIVED

NOV 02 2006

US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FRANCISCO M. ARIAS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE COCAINE
POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OF COCAINE BASE

in violation of Title 21/18 United States Code, Section(s) 846, 841(a)(1)&(b)(1)(A)(iii)/2

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

November 1, 2006, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at Providence, RI by DEA TFA's

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/02/2006 | Robert D Young CI DUSM | Robert D Young |
| DATE OF ARREST 11/22/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.