# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

FRANCISCO ARIAS

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 1:06-CR-122T

TO: Keeper of Records (913)315-0736 Fax
ATN: Corporate Security
Sprint Nextel Corp.
6480 Sprint Parkway
Overland Park, KS 66251

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Distrct Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | Judge Ernest C. Torres<br>Courtroom 3 |
| | DATE AND TIME<br>January 16, 2007<br>9:30 a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all records pertaining to billing information, including a list of incoming and outgoing telephone numbers made to or from Sprint Nextel # 401-865-8240, for the time period of 01/01/06–12/01/06. Said records can be mailed to the Clerk's Office at the address listed above, and please fax a copy of said records to Edward Roy, Assistant Federal Defender @ 401-528-4285.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | 12/21/06 |
| (BY) DEPUTY CLERK<br>[signature] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Edward C. Roy, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 12/21/06 | Federal Defender office |
| SERVED | 12/21/06 | Sprint Nextel Corp. 6480 Sprint Parkway Overland Park, KS 66251 |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Keeper of the Records Corporate Security | ☐ YES ☒ NO AMOUNT $________ |
| **SERVED BY (PRINT NAME)** | **TITLE** |
| Daniel R. Fortier | investigator |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 12-21-06
Date

Daniel R. Fortier
Signature of Server

FDO - 10 Weybosset St. #300
Address of Server
Providence, RI

ADDITIONAL INFORMATION

Service accepted via facsimile transmission to 913-315-0736.