**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-122T** |
| | ) | |
| **FRANCISCO ARIAS** | ) | |

---

**MOTION TO CONTINUE EMPANELMENT**

Now comes the accused, Francisco Arias, by and through his counsel, and moves this Honorable Court to continue this matter currently scheduled for empanelment for January 16, 2006 to the Court's April 2007 trial calendar. This Motion is filed in conjunction with a Motion for Enlargement of Time.

In support of this motion counsel states that an investigation is ongoing and that the defense counsel needs to evaluate additional discovery to be received by the defendant from the Government within the next week.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

FRANCISCO ARIAS
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Richard Rose, AUSA on the 8th day of January, 2007.

/s/ Edward C. Roy