**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-122T** |
| | ) | |
| **FRANCISCO ARIAS** | ) | |

---

**MOTION TO ENLARGE TIME FOR FILING PRETRIAL MOTIONS**

Now comes the accused, Francisco Arias, by and through his counsel, and moves this Honorable Court to enlarge the time for filing pretrial motions for an additional thirty (90) days.

In support of this motion counsel states that he will need the additional time to review discovery with the defendant and prepare the appropriate motions.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

FRANCISCO ARIAS
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Richard Rose, AUSA on the 8th day of January, 2007.

/s/ Edward C. Roy