**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 06-122-02T**

**BRAULIO HENRIQUEZ**

**UNOPPOSED MOTION TO CONTINUE**

Now comes the defendant, Braulio Henriquez, by and through his counsel, and moves this honorable court to continue this matter from the March, 2007 trial calendar and empanelment presently scheduled for February 20, 2007. As grounds for this motion, the defendant notes that his counsel is court-excused for the week of February 19-23, 2007. The application for court excuse was filed on December 21, 2007 and, according to the district court website, has been approved by the four district judges as of the date this motion is filed.

Defendant further notes that the parties are continuing their plea negotiations. This matter involves a mandatory minimum sentence of ten years, and this fact has interfered with the parties' ability to obtain a just resolution of this case.

For all of these reasons, the defendant respectfully asks that this motion be granted, and this case rescheduled to the March trial calendar. The government is aware of this motion and has no objection. The defendant understands and agrees that any delay incurred as a result of the granting of this motion shall be deemed EXCLUDABLE for purposes of the Speedy Trial Act.

WHEREFORE, the defendant asks that this motion be granted, and this matter forwarded to the April, 2007 trial calendar.

BRAULIO HENRIQUEZ
By his attorney,

_/s/_Thomas G. Briody_

R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

CERTIFICATION

The undersigned certifies that on this 7th[th] day of February, 2007, the defendant filed this motion electronically via the court's ECF system, and thereby provided notice to Richard Rose, Assistant United States Attorney, Bank of America Center, Providence, RI 02903.

/s/ Thomas G. Briody