**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-122T** |
| | ) | |
| **FRANCISCO ARIAS** | ) | |

---

## MOTION TO CONTINUE PLEA HEARING

Now comes the accused, Francisco Arias, by and through his counsel, and moves this Honorable Court to continue the plea hearing for 60 (sixty) days to afford the defendant's counsel the opportunity to have Mr. Arias' mental competency evaluated by Paul Malloy, Ph.D.

FRANCISCO ARIAS
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Richard Rose, AUSA on the 26th day of February, 2007.

/s/ Edward C. Roy