**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-122T** |
| | ) | |
| **FRANCISCO ARIAS** | ) | |

---

**MOTION TO CONTINUE EMPANELMENT**

Now comes the accused, Francisco Arias, by and through his counsel, and moves this Honorable Court to continue this matter on the grounds that defense counsel is arranging for a neuropsychological evaluation by Paul Malloy, Ph.D. of Butler Hospital to assess the defendant's ability to enter into a plea. The time requested under this motion should be deemed excludable under 18 USC § 3161(h)(1)(A).

WHEREFORE, the defendant asks that this matter be continued sixty (60) days to allow the evaluation by Dr. Malloy to be completed.

FRANCISCO ARIAS
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Terrence Donnelly, AUSA on the 28th day of March, 2007.

/s/ Edward C. Roy