**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

April 26th, 2007

**JURY CALENDAR**

| | |
|---|---|
| CR06-122-01T | USA v. Francisco Arias<br>***(Aiding and Abetting, Conspiracy to Posses w/Intent to Distribute Cocaine Base – MJ Almond)*** |
| CR06-122-02T | USA v. Braulio Henriquez<br>***(Aiding and Abetting, Conspiracy to Posses w/Intent to Distribute Cocaine Base – MJ Almond)*** |
| CR07-12T | USA v. John Riccio<br>***(Making A False Statement on a Document Submitted to the TSA – MJ Martin)*** |
| CA04-380T | Oliver Lyons v. A.T. Wall, et al.<br>***(42:1983 Prisoner Civil Rights Action – MJ Hagopian)*** |

You are hereby notified that the above jury cases will be empaneled on **Tuesday May 22nd, 2007 at 9:30 AM** before Magistrate Judge Robert W. Lovegreen, Magistrate David L. Martin, or Magistrate Judge Lincoln D. Almond. A calendar call will be held on **Tuesday May 8th, 2007 at 9:00 AM** in **Courtroom 3** before Chief Judge Ernest C. Torres. Counsel are directed to review all pretrial orders to assure full compliance. Counsel must be present for impanelment of the jury and for the calendar call.

After impanelment, counsel must be prepared to begin trial on 24 hours notice, unless otherwise noted. Counsel in non-jury cases must be prepared to begin trial within 24 hours after notification by the Court.

Counsel in civil cases should specifically review paragraphs 10c. and 12-16 of the pretrial order.

Counsel in criminal cases are reminded that, absent a showing of good cause:

1. No plea agreements will be honored by the Court unless submitted in writing at least one week before impanelment. See Fed. R. Crim. P. 11(e).

2. No plea agreements will be accepted by the Court during the one week period preceding impanelment unless they have been scheduled before that period.

3. Under Guidelines §3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility.

The above cases may or may not be reached for trial in the order listed. It is the responsibility of individual counsel to keep informed of the status of the Trial Calendar.

Ryan H. Jackson

Ryan H. Jackson/Lucia Leyva
Deputy Clerks
401-752-7210/752-7203

Forward to:
Terrence Donnelly, AUSA
George West, Esq.
Edward C. Roy, AFD
Mary McElroy, AFD
Zechariah Chafee, AUSA
Kevin Fitzgerald, AFD
Michael Grant, Esq.
Oliver Lyons, Pro Se