**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-122T** |
| | ) | |
| **FRANCISCO ARIAS** | ) | |

---

**MOTION TO CONTINUE EMPANELMENT**

Now comes the accused, Francisco Arias, by and through his counsel, and moves this Honorable Court to continue this matter on the grounds that defense counsel is awaiting the final neuropsychological report being prepared by Paul Malloy, Ph.D. of Butler Hospital.. The time requested under this motion should be deemed excludable under 18 USC § 3161(h)(1)(A).

WHEREFORE, the defendant asks that this matter be continued thirty (30) days to allow Dr. Malloy's report to be completed.

FRANCISCO ARIAS
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Terrence Donnelly, AUSA on the 7th day of May, 2007.

/s/ Edward C. Roy