UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 06-122-01T

FRANCISCO ARIAS

**ORDER**

Upon motion of the defendant to continue the trial presently scheduled for May 22nd, 2007, and with no objection by the government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, United States v. Francisco Arias CR No. 06-122-01T, is vacated, the case will be scheduled for impanelment on June 26th, 2007 and the time from the date of this order through June 26th, 2007, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: May 16, 2007