UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-122 T

FRANCISCO ARIAS :

DEFENDANT'S SENTENCING MEMORANDUM
(Redacted)

The defendant hereby submits to the court the following memorandum in aid of sentencing.

1. Advisory Guideline Range

The Pre-Sentence Report establishes an advisory guideline range of 57 to 71 months, based upon a total offense level of 25 and a criminal history category of I. PSR at ¶ 41.

2. Defendant's Role In The Offense

In this case, the defendant merely acted as the intermediary between the government informant and his friend Braulio Henriquez, who knew where to obtain the crack cocaine. The government version set out in the PSR at paragraph 7, confirms that Francisco Arias was not the source of supply, but merely put the seller, Braulio Henriquez, in contact with a buyer, the government informant. Mr. Arias' actions are consistent with the role of a "mule" in drug trafficking cases.

The commentary to Section 3B1.2 is instructive in assessing the defendant's role.

> "A defendant who is accountable under § 1B1.3 (Relevant Conduct) only for the conduct in which the defendant personally was involved and who performs a limited function in concerted criminal activity is not precluded from consideration for an adjustment under this guideline."
>
> U.S.S.G. § 3B1.2, comment. (n. 3(A) ).

3. Defendant's Mental Health/Cognitive Limitations

4. Defense Counsel's Sentencing Recommendation

In this case, defense counsel would ask that the court impose a sentence of 33 months, which corresponds with the low end of a level twenty guideline range. Defense counsel begins from the premise that Francisco Arias' conduct in this case was essentially his use of a phone to set up a crack cocaine delivery, where the drugs came from Braulio Henriquez, who is seen on the videotape handing the crack cocaine directly to the informant.

While the government is sure to reject the defendant's sentencing argument as far too lenient, a sentence of 33 months is fair and reasonable in light of the factors set forth in 18 U.S.C. § 3553(a).

5. Conclusion

For the reasons set forth above, defense counsel respectfully requests that

this Honorable Court sentence the defendant to a 33 month term of imprisonment, with 3 years of supervised release to follow. In addition, defense counsel would ask that the court consider recommending that the Bureau of Prisons place Mr. Arias in a facility that is equipped to provide him with appropriate educational and vocational training.

FRANCISCO ARIAS,
By his attorney,

/s/ Edward C. Roy, Esquire
Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Terrence Donnelly, AUSA and on Kristin Mattias, USPO on the 14th day of November, 2007.

/s/ Edward C. Roy, Esquire